IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
BUTTE DIVISION

| | |
|---|---|
| AUDIT SERVICES, INC., <br><br> Plaintiff, <br><br> vs. <br><br> NELCON, INC. and OHIO FARMERS INSURANCE COMPANY, <br><br> Defendants. <br><br> NELCON, INC., <br><br> Third Party Plaintiff, <br><br> vs. <br><br> AMERICAN CONTRACTORS TRUST, <br><br> Third-Party Defendant. | CV 13-92-BU-DWM <br><br> ORDER |

Defendants Nelcon, Inc. and Ohio Farmers Insurance Company move for an extension of certain deadlines previously imposed relative to the settlement conference set for August 13, 2014. Defendants represent that the other parties to this action do not oppose the motion.

1

Therefore, IT IS ORDERED that the deadline for Defendants to submit their settlement brochure to the Court, and for Defendants to respond to Plaintiff Audit Services, Inc.'s settlement demand is extended to **August 7, 2014**.

DATED this 7th day of August, 2014.

/s/ Jeremiah C. Lynch
Jeremiah C. Lynch
United States Magistrate Judge